**GARCIA & ARTIGLIERE**
Stephen M. Garcia, State Bar No. 123338
Matthew M. Coman, LA State Bar No. 23613 (*Pro Hac Vice*)
edocs@lawgarcia.com
One World Trade Center, Suite 1950
Long Beach, California  90831
Telephone: (562) 216-5270
Facsimile: (562) 216-5271
Attorneys for Relators

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF CALIFORNIA, EX REL. MICHAEL WASSERMAN, M.D. and AARON ROBIN,<br><br>Plaintiffs,<br><br>vs.<br><br>SHLOMO RECHNITZ, EAST TERRACE REHABILITATION & WELLNESS CENTRE, LP, PAVILION ON PICO HEALTHCARE & WELLNESS, CENTRE, LP, NORTH HILLS HEALTHCARE & WELLNESS CENTRE, LP, WEST PICO TERRACE HEALTHCARE & WELLNESS CENTRE, LP, ONTARIO GROVE HEALTHCARE & WELLNESS CENTRE, LP, LOS ANGELES REHABILITATION & WELLNESS CENTRE, LP, SANTA ANA HEALTHCARE & WELLNESS CENTRE, LP, BAY VISTA HEALTHCARE & WELLNESS CENTRE, LP, GRAND AVENUE HEALTHCARE & WELLNESS CENTRE, LP, HACIENDA HEIGHTS HEALTHCARE & WELLNESS CENTRE, LP, MAR VISTA HEALTHCARE & WELLNESS CENTRE, LP, NORTH PALMS REHABILITATION & WELLNESS CENTRE, LP, WEST HOLLYWOOD HEALTHCARE & WELLNESS CENTRE, LP, RIVER VALLEY HEALTHCARE & WELLNESS CENTRE, LP, CHICO TERRACE HEALTHCARE & WELLNESS CENTRE, LP, CHICO HEIGHTS | CASE NO.   2:20-cv-7230-FMO-PVC<br>*UNSEALED*<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP RULE 41(a)** |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13 | REHABILITATION & WELLNESS CENTRE, LP, BROOKDALE HEALTHCARE & WELLNESS CENTRE, LP, ANAHEIM POINT HEALTHCARE & WELLNESS CENTRE, LP, GARDENVIEW WELLNESS GP, LLC, EAST TERRACE WELLNESS GP, LLC, PAVILION ON PICO WELLNESS GP, LLC, NORTH HILLS WELLNESS GP, LLC, WEST PICO TERRACE WELLNESS GP, LLC, ONTARIO GROVE WELLNESS GP, LLC, LOS ANGELES WELLNESS GP, LLC, SANTA ANA WELLNESS GP, LLC, BAY VISTA WELLNESS GP, LLC, GRAND AVENUE WELLNESS GP, LLC, HACIENDA HEIGHTS WELLNESS GP, LLC, MAR VISTA WELLNESS GP, LLC, NORTH PALMS WELLNESS GP, LLC, WEST HOLLYWOOD WELLNESS GP, LLC, RIVER VALLEY WELLNESS GP, LLC, CHICO TERRACE WELLNESS GP, LLC, CHICO HEIGHTS WELLNESS GP, LLC, BROOKDALE WELLNESS GP, LLC, ANAHEIM POINT WELLNESS GP, LLC,<br><br>            Defendants. |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP RULE 41(a)

Plaintiff-Relators MICHAEL WASSERMAN, M.D. and AARON ROBIN ("Relators") hereby submit this Notice of Voluntary Dismissal of the above-captioned matter, dismissing the claims alleged in this matter WITHOUT PREJUDICE as to the Relators, the United States of America, and the State of California, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. The Defendants in this action have not been served with the Complaint. Dismissal under Rule 41(a) is, therefore, appropriate.

Counsel for the United States and for the State of California have consented to dismissal of this action without prejudice.

DATED: March 16, 2021     **GARCIA & ARTIGLIERE**

By: *Stephen M. Garcia*
Stephen M. Garcia
Willaim M. Artigliere
Matthew M. Coman (Pro Hac Vice)
Attorneys for Relators

**CONSENT OF THE UNITED STATES OF AMERICA AND STATE OF CALIFORNIA**

In the interests of justice, the Attorneys General of the United States of America and the State of California, through their undersigned attorneys, hereby consent to the dismissal of this action without prejudice as to the United States and the State of California.

DATED: March 16, 2021     BRIAN BOYNTON
Acting Assistant Attorney General, Civil Division
TRACY WILKISON
Acting United States Attorney
DAVID M. HARRIS
Chief, Civil Division
DAVID K. BARRETT
Chief, Civil Fraud Section
ABRAHAM C. MELTZER
Deputy Chief, Civil Fraud Section
Assistant United States Attorneys

JAMIE ANN YAVELBERG
ANDY J. MAO
NELSON WAGNER
Attorneys, Civil Division
United States Department of Justice

/S/ Nelson Wagner per e-mail authorization

JOHN E. LEE
Assistant United States Attorney
United States Attorney's Office
Central District of California
Attorneys for the United States of America

/S/ John E. Lee per e-mail authorization

---

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP RULE 41(a)

M:\Rechnitz-Licensing Qui Tam, In Re (20-141)\Pleadings\Notice.Voluntary.Dismissal.doc

DATED: March 16, 2021

XAVIER BECERRA
Attorney General of the State of California

/S/ Randy Glaser per email authorization

RANDY GLASER
Deputy Attorney General

Attorneys for the State of California

## ATTESTATION

I hereby attest that the other signatories listed, on whose behalf this document is filed, concur in its content and have authorized its filing.

DATED: March 16, 2021

**GARCIA & ARTIGLIERE**

By: _/s/ Stephen M. Garcia_

Stephen M. Garcia
Willaim M. Artigliere
Matthew M. Coman (Pro Hac Vice)
Attorneys for Relators

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon counsel of record for all parties via the Court's ECF system on March 16, 2021.

_/s/ Stephen M. Garcia_

Stephen M. Garcia
Willaim M. Artigliere
Matthew M. Coman (Pro Hac Vice)
Attorneys for Relators